299 So.2d 771

**In re Willie Hudson DAVENPORT**

**v.**

**STATE.**

**Ex parte Willie Hudson Davenport.**

**SC 771.**

Supreme Court of Alabama.

Aug. 29, 1974.

James M. Prestwood, Andalusia, for petitioner.

No brief for the State.

HEFLIN, Chief Justice.

Petition of Willie Hudson Davenport for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Davenport v. State, 53 Ala.App. 326, 299 So.2d 767.

Writ denied.

MERRILL, HARWOOD, MADDOX and FAULKNER, JJ., concur.

306 So.2d 12

**In re DEPT. OF REVENUE, State of Alabama**

**v.**

**JAMES A. HEAD & CO., INC., a corp.**

**Ex parte JAMES A. HEAD & COMPANY, INC., a corp.**

**SC 971.**

Supreme Court of Alabama.

Jan. 2, 1975.

Allen D. Rushton, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., Willard W. Livingston, Counsel Dept. of Revenue and Asst. Atty. Gen., William H. Burton, Asst. Counsel Dept. of Revenue and Asst. Atty. Gen., for respondent, the State.

MERRILL, Justice.

Petition of James A. Head & Co., Inc. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Dept. of Revenue, State of Ala. v. James A. Head & Co., Inc., a Corp., 54 Ala.App. 135, 306 So.2d 5.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.

302 So.2d 247

**In re George W. DIAMOND**

**v.**

**STATE.**

**Ex parte George W. Diamond.**

**SC 997.**

Supreme Court of Alabama.

Oct. 24, 1974.

Ian F. Gaston, Mobile, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of George W. Diamond for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Diamond v. State, 53 Ala.App. 556, 302 So.2d 243.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.